IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-619 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| YUN-CHUNG, | |
| Defendant. | |

This Court in receipt of Defendant's request that the outstanding warrant for his arrest be vacated. We have also received the government's opposition.

Defendant's request is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: October 30, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\619\Order denying vacatur of arrest warrant.wpd